UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  09-CIV-23439-KING/BANDSTRA

THE MICCOSUKEE TRIBE OF INDIANS OF
FLORIDA, a federally-recognized Indian Tribe,

    Plaintiff,

vs.

HAMBLEDON N.V./DOMAIN REG. SVCS., a
foreign business entity,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Miccosukee Tribe of Indians of Florida hereby dismisses this action without prejudice.

    Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Telephone Number: (305) 442-1101
Facsimile Number: (305) 442-6744

By: */s/ Beau R. Dasher*
    Guy A. Lewis
    Fla. Bar No. 623740
    lewis@lewistein.com
    Michael R. Tein.
    Fla. Bar No. 993522
    tein@lewistein.com
    Beau R. Dasher
    Fla. Bar No. 0040910
    bdasher@lewistein.com

*Counsel for Plaintiff Miccosukee Tribe of Indians of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                         */s/ Beau R. Dasher*
                                         Beau R. Dasher

**SERVICE LIST**

Hambledon N.V./Domain Reg. Svcs.
PH Global Plaza
Calle 50
Panama, Panama 05280
PA
*Via U.S. mail*